**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Calvin Morris and Celia Morris,<br><br>          Plaintiffs,<br><br>v.<br><br>Midwest Resale Specialist Inc., Aaron Hanson, and Atlantic Specialty Insurance Company,<br><br>          Defendants. | CASE NO. 25-CV-3842 (LMP/DJF)<br><br>**DEFENDANT ATLANTIC SPECIALTY INSURANCE COMPANY'S ANSWER TO AMENDED COMPLAINT** |

Defendant Atlantic Specialty Insurance Company ("Atlantic") for its Answer to the Amended Complaint of Calvin Morris and Celia Morris (hereinafter "Plaintiffs"), states as follows:

**PRELIMINARY STATEMENT**

Atlantic denies each and every allegation of the Amended Complaint, except those allegations which are hereinafter specifically admitted, qualified or otherwise answered.

**ANSWER TO AMENDED COMPLAINT**

1.      Answering Paragraph 1, Atlantic states that the referenced statutes speak for themselves, denies that the statutes apply, states that the paragraph contains legal conclusions to which no answer is required, and denies the factual allegations in the paragraph.

2.      Answering Paragraph 2, Atlantic states that the paragraph contains legal conclusions to which no answer is required.

170364504.1    1

3. Answering Paragraph 3, Atlantic states that the referenced statutes speak for themselves, and that the paragraph contains legal conclusions to which no answer is required.

4. Answering Paragraph 4, Atlantic states that the paragraph contains legal conclusions to which no answer is required. To the extent an Answer is required, Atlantic admits only that it transacts business in the State of Minnesota.

5. Answering Paragraph 5, Atlantic admits only that it transacts business in the State of Minnesota and denies the remaining allegations.

6. Answering Paragraph 6, Atlantic admits only that it transacts business in the State of Minnesota and denies the remaining allegations.

7. Answering Paragraph 7, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same, states that the referenced statute speaks for itself, denies that the statute applies, and states that whether Plaintiff Calvin Morris is a "consumer," as that term is defined by law, is a legal conclusion to which no response is necessary.

8. Answering Paragraph 8, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same, states that the referenced statute speaks for itself, denies that the statute applies, and states that whether Plaintiff Celia Morris is a "consumer," as that term is defined by law, is a legal conclusion to which no response is necessary.

9. Answering Paragraph 9, Atlantic denies the same.

10.     Answering Paragraph 10, Atlantic admits, upon information and belief, that Midwest Resale Specialist Inc. ("MWS") is a Minnesota corporation and the location of its principal office. Atlantic states that the referenced statute speaks for itself, denies that the statute applies, and states that whether MWS is a "debt collector" as that term is defined by law is a legal conclusion to which no response is necessary.

11.     Answering Paragraph 11, Atlantic admits, upon information and belief, that Defendant Aaron Hanson is a natural person who is employed by MWS and is licensed in Minnesota. Whether Defendant Hanson is a "debt collector" as that term is defined by law is a legal conclusion to which no response is necessary.

12.     Answering Paragraph 12, Atlantic states that it is a New York corporation with its principal place of business at 605 Highway 169 North, Suite 800, Plymouth, MN 55441.

13.     Answering Paragraph 13, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

14.     Answering Paragraph 14, Atlantic admits that it is the issuer of surety bond #810008685 (the "Bond"), states that the referenced statutes speak for themselves, and that the paragraph contains legal conclusions to which no answer is required. To the extent a response is required, Atlantic denies the same.

15.     Answering Paragraph 15 Atlantic states that the referenced statutes speak for themselves that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

16. Answering Paragraph 16, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

17. Answering Paragraph 17, Atlantic states that the referenced statute speaks for itself, denies that the statute applies, and states that whether the bail bond was a "debt" as that term is defined by law is a legal conclusion to which no response is necessary, and to the extent a response is required, Atlantic denies the allegations of the paragraph.

18. Answering Paragraph 18, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

19. Answering Paragraph 19, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

20. Answering Paragraph 20, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

21. Answering Paragraph 21, Atlantic, upon information and belief, admits that Defendant Hanson is not an attorney licensed or admitted to practice in the State of Minnesota but denies that the factual allegations therein are applicable to Plaintiffs' alleged claims.

22. Answering Paragraph 22, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

170364504.1  4

23.    Answering Paragraph 23, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

24.    Answering Paragraph 24, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

25.    Answering Paragraph 25, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

26.    Answering Paragraph 26, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

27.    Answering Paragraph 27, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies.

28.    Answering Paragraph 28, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

29.    Answering Paragraph 29, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

30.    Answering Paragraph 30, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

31.    Answering Paragraph 31, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

32.    Answering Paragraph 32, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

33.    Answering Paragraph 33, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

34.    Answering Paragraph 34, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

35.    Answering Paragraph 35, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

36.    Answering Paragraph 36, Atlantic denies the factual allegations contained therein, states that the statutes speak for themselves, denies that the statutes apply, and states that the paragraph contains a legal conclusion to which no response is required.

37.    Answering Paragraph 37, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

38.    Answering Paragraph 38, Atlantic denies the allegations.

39.    Answering Paragraph 39, Atlantic denies the allegations.

40.    Answering Paragraph 40, Atlantic denies the allegations.

41.    Answering Paragraph 41, Atlantic denies the allegations.

42.    Answering Paragraph 42, Atlantic denies the allegations.

43.    Answering Paragraph 43, Atlantic denies the allegations.

44.    Answering Paragraph 44, Atlantic denies the allegations.

45.    Answering Paragraph 45, Atlantic denies the allegations.

46.    Answering Paragraph 46, Atlantic states that the paragraph contains legal conclusions to which no answer is required, and to the extent a response is required, Atlantic denies the same.

47.    Answering Paragraph 47, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

48.    Answering Paragraph 48, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

49.    Answering Paragraph 49, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

50.    Answering Paragraph 50, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

51.    Answering Paragraph 51, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

52.    Answering Paragraph 52, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

53.     Answering Paragraph 53, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

54.     Answering Paragraph 54, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

55.     Answering Paragraph 55, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

56.     Answering Paragraph 56, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies that the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

57.     Answering Paragraph 57, Atlantic is without information sufficient to form a belief as to the truth of the factual allegations therein and therefore denies the same.

58.     Answering Paragraph 58, Atlantic denies the allegations.

59.     Answering Paragraph 59, Atlantic denies the allegations.

60.     Answering Paragraph 60, Atlantic denies the allegations.

61.     Answering Paragraph 61, Atlantic denies the allegations.

62.     Answering Paragraph 62, Atlantic denies the allegations.

63.     Answering Paragraph 63, Atlantic denies the allegations.

64.     Answering Paragraph 64, Atlantic denies the allegations.

65.    Answering Paragraph 65, Atlantic denies the allegations.

66.    Answering Paragraph 66, Atlantic denies the allegations.

67.    Answering Paragraph 67, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

68.    Answering Paragraph 68, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

69.    Answering Paragraph 69, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

70.    Answering Paragraph 70, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

71.    Answering Paragraph 71, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

72.    Answering Paragraph 72, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

73.    Answering Paragraph 73, Atlantic denies the factual allegations contained therein.

170364504.1   9

74.     Answering Paragraph 74, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

75.     Answering Paragraph 75, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

76.     Answering Paragraph 76, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

77.     Answering Paragraph 77, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

78.     Answering Paragraph 78, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

79.     Answering Paragraph 79, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

80.     Answering Paragraph 80, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

81.     Answering Paragraph 81, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

82.     Answering Paragraph 82, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

83.     Answering Paragraph 83, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

84.     Answering Paragraph 84, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

85.     Answering Paragraph 85, Atlantic denies the factual allegations contained therein, states that the referenced statute speak for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

86.     Answering Paragraph 86, Atlantic denies the factual allegations contained therein, states that the referenced statute speaks for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

87.     Answering Paragraph 87, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

88.     Answering Paragraph 88, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

89.     Answering Paragraph 89, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

90.     Answering Paragraph 90, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

91.     Answering Paragraph 91, Atlantic denies the factual allegations contained therein, states that the referenced statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

92.     Answering Paragraph 92, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

93.     Answering Paragraph 93, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

94.     Answering Paragraph 94, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

95.    Answering Paragraph 95, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

96.    Answering Paragraph 96, Atlantic denies the factual allegations contained therein, denies that the Plaintiff is entitled to the relief sought, and states that the paragraph contains legal conclusions to which no response is required.

97.    Answering Paragraph 97, Atlantic states that the paragraph contains legal conclusions to which no response is required.

98.    Answering Paragraph 98, Atlantic incorporate by reference all the above paragraphs of this Answer as though fully stated herein.

99.    Answering Paragraph 99, Atlantic denies the factual allegations contained therein, denies that Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

100.    Answering Paragraph 100, Atlantic denies the factual allegations contained therein, denies that Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

101.    Answering Paragraph 101, Atlantic denies the factual allegations contained therein, denies that Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

102.    Answering Paragraph 102, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

103.    Answering Paragraph 103, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statute apply, and states that the paragraph contains legal conclusions to which no response is required.

104.    Answering Paragraph 104, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

105.    Answering Paragraph 105, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

106.    Answering Paragraph 106, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

107.    Answering Paragraph 107, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for

themselves, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

108.    Answering Paragraph 108, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statute speaks for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

109.    Answering Paragraph 109, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

110.    Answering Paragraph 110, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statute speaks for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

111.    Answering Paragraph 111, Atlantic denies the factual allegations contained therein, denies the Plaintiff is entitled to the relief sought, states that the statute speaks for itself, denies the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

112.    Answering Paragraph 112, Atlantic denies the Plaintiffs are entitled to the relief sought, and states that the statute speaks for itself.

113.    Answering Paragraph 113, Atlantic denies the factual allegations contained therein, denies the Plaintiffs are entitled to the relief sought, states that the statutes speak

170364504.1  15

for themselves, denies the statutes apply, and states that the paragraph contains legal conclusions to which no response is required.

114. Answering Paragraph 114, Atlantic denies the factual allegations contained therein, denies the Plaintiffs are entitled to the relief sought, and states that the paragraph contains legal conclusions to which no response is required.

115. Answering Paragraph 115, Atlantic denies the factual allegations contained therein and denies that Plaintiffs are entitled to the relief sought.

116. Answering Paragraph 116, Atlantic denies the allegations.

117. Answering Paragraph 117, Atlantic denies the factual allegations contained therein, states that the statute speaks for itself, denies that the statute applies, and states that the paragraph contains legal conclusions to which no response is required.

118. Answering Paragraph 118, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

119. Answering Paragraph 119, Atlantic denies that Plaintiffs are entitled to the relief sought.

120. Answering Paragraph 120, Atlantic denies that Plaintiffs are entitled to the relief sought.

121. Answering Paragraph 121, Atlantic denies that Plaintiffs are entitled to the relief sought.

122. Answering Paragraph 122, Atlantic denies any factual allegations contained therein and denies that Plaintiffs are entitled to the relief sought.

170364504.1 16

123.    Answering Paragraph 123, Atlantic denies any factual allegations contained therein and denies that Plaintiffs are entitled to the relief sought.

124.    Answering Paragraph 124, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

125.    Answering Paragraph 125, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

126.    Answering Paragraph 126, Atlantic denies the factual allegations contained therein, states that the statutes speak for themselves, denies that the statutes apply, and states that the paragraph contains a legal conclusion to which no response is required.

127.    Answering Paragraph 127, Atlantic denies the factual allegations contained therein.

128.    Answering Paragraph 128, Atlantic denies that Plaintiffs are entitled to the relief sought.

129.    Answering Paragraph 129, Atlantic denies the factual allegations contained therein, and states that the paragraph contains a legal conclusion to which no response is required.

130.    Answering Paragraph 130, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

131.    Answering Paragraph 131, Atlantic denies the factual allegations contained therein, denies that Plaintiffs are entitled to the relief sought, states that the statute speaks for itself, denies that the statute applies, and states that the paragraph contains a legal conclusion to which no response is necessary.

132.    Answering Paragraph 132, Atlantic denies that Plaintiffs are entitled to the relief sought.

133.    Answering Paragraph 133, Atlantic denies the factual allegations contained therein, and states that the paragraph contains legal conclusions to which no response is required.

134.    Answering Paragraph 134, Atlantic denies the factual allegations contained therein, and states that the paragraph contains a legal conclusion to which no response is required.

135.    Answering Paragraph 135, Atlantic denies the factual allegations contained therein, denies that Plaintiffs are entitled to the relief sought, states that the statute speaks for itself, denies that the statute applies, and states that the paragraph contains a legal conclusion to which no response is necessary.

136.    Answering Paragraph 136, Atlantic denies the factual allegations contained therein, denies that Plaintiffs are entitled to the relief sought, and states that the paragraph contains a legal conclusion to which no response is required.

137.    Answering Paragraph 137, Atlantic denies the allegations.

138.    Answering Paragraph 138, Atlantic denies the allegations.

139.    Answering Paragraph 139, Atlantic denies the factual allegations stated therein, states the statute speaks for itself, denies that the statute applies, and states that the paragraph contains a legal conclusion to which no response is required.

140.    Answering Paragraph 140, Atlantic denies Plaintiffs are entitled to the relief sought.

141.    Answering Paragraph 141, Atlantic denies the allegations.

142.    Answering Paragraph 142, Atlantic denies the allegations.

143.    Answering Paragraph 143, Atlantic denies the factual allegations contained therein, denies Plaintiffs are entitled to the relief sought, states that the statutes speak for themselves, denies the statutes apply, and states that the paragraph contains a legal conclusion to which no response is required.

144.    Answering Paragraph 144, Atlantic denies that Plaintiffs are entitled to the relief sought.

145.    Answering Paragraph 145, Atlantic denies the allegations.

146.    Answering Paragraph 146, Atlantic denies the allegations.

147.    Answering Paragraph 147, Atlantic denies the factual allegations contained therein, denies Plaintiffs are entitled to the relief sought, and states that the paragraph contains a legal conclusion to which no response is required.

148.    Answering Paragraph 148, Atlantic denies Plaintiffs are entitled to the relief sought.

149.    Answering Paragraph 149, Atlantic denies the allegations.

150.    Answering Paragraph 150, Atlantic denies the allegations.

170364504.1    19

151.    Answering Paragraph 151, Atlantic denies the factual allegations contained therein, denies Plaintiffs are entitled to the relief sought, and states that the paragraph contains a legal conclusion to which no response is required.

152.    Answering Paragraph 152, Atlantic denies Plaintiffs are entitled to the relief sought.

153.    Answering Paragraph 153, Atlantic denies the allegations.

154.    Answering Paragraph 154, Atlantic denies the factual allegations contained therein, states the statute speaks for itself, denies the statute applies, and states that the paragraph contains a legal conclusion to which no response is required.

155.    Answering Paragraph 155, Atlantic denies Plaintiffs are entitled to the relief sought.

156.    Answering Paragraph 156, Atlantic denies the factual allegations contained therein, and states that the paragraph contains a legal conclusion to which no response is required.

157.    Answering Paragraph 157, Atlantic denies the factual allegations contained therein, denies Plaintiffs are entitled to the relief sought, and states that the paragraph contains a legal conclusion to which no response is necessary.

158.    Answering Paragraph 158, Atlantic denies Plaintiffs are entitled to the relief sought.

159.    Answering Paragraph 159, Atlantic denies the factual allegations contained therein, states that the statutes speak for themselves, denies that the statutes apply, and states that the paragraph contains a legal conclusion to which no response is required.

170364504.1   20

160.    Answering Paragraph 160, Atlantic denies the factual allegations contained therein, denies that the statues apply, and states that the paragraph contains a legal conclusion to which no answer is required.

161.    Answering Paragraph 161, Atlantic denies the factual allegations contained therein, denies that Plaintiffs are entitled to the relief sought, and states that the paragraph contains a legal conclusion to which no response is required.

162.    Answering Paragraph 162, Atlantic denies that Plaintiffs are entitled to the relief sought.

163.    Answering Paragraph 163, Atlantic incorporates by reference all the above paragraphs of this Answer as though fully stated herein.

164.    Answering Paragraph 164, Atlantic denies the factual allegations contained therein, denies that Plaintiffs are entitled to the relief sought, states that the statute speaks for itself, denies that the statute applies, and states that the paragraph contains a legal conclusion to which no response is required.

165.    Answering Paragraph 165, Atlantic denies the factual allegations contained therein, and denies that Plaintiffs are entitled to the relief sought.

166.    Answering Paragraph 166, Atlantic denies the allegations.

167.    Answering Paragraph 167, Atlantic denies the allegations.

168.    Answering Paragraph 168, Atlantic denies the allegations.

169.    Answering Paragraph 169, Atlantic denies the allegations.

170.    Answering Paragraph 170, Atlantic denies the allegations.

171.    Answering Paragraph 171, Atlantic denies the allegations.

172.	Answering Paragraph 172, Atlantic denies the allegations.

173.	Answering Paragraph 173, Atlantic denies the allegations.

174.	Answering Paragraph 174, Atlantic denies the allegations.

175.	Answering Paragraph 175, Atlantic denies the allegations.

176.	Answering Paragraph 176, Atlantic denies the allegations.

177.	Answering Paragraph 177, Atlantic denies the allegations.

178.	Answering Paragraph 178, Atlantic denies the allegations.

179.	Answering Paragraph 179, Atlantic denies the allegations.

180.	Answering Paragraph 180, Atlantic denies the allegations.

181.	Answering Paragraph 181, Atlantic denies the allegations.

182.	Answering Paragraph 182, Atlantic denies the allegations.

183.	Answering Paragraph 183, Atlantic denies the allegations.

184.	Answering Paragraph 184, Atlantic denies the allegations.

185.	Answering Paragraph 185, Atlantic denies the factual allegations contained therein, and denies that Plaintiffs are entitled to the relief sought.

186.	Answering Paragraph 186, Atlantic denies that Plaintiffs are entitled to the damages sought.

## **AFFIRMATIVE DEFENSES**

ATLANTIC further raises the following defenses under Rules 8(c) and 12(b) of the Federal Rules of Civil Procedure:

1.	Plaintiffs' Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

170364504.1 22

2.      Plaintiffs' Complaint is barred by the expiration of the applicable statute of limitations period.

3.      Plaintiffs' Complaint is barred, to the extent it alleges violations of the unauthorized practice of law, by this Court having no jurisdiction to decide alleged violations of Minnesota State Statutes § 481.02 Subd. 8.

4.      Plaintiffs' Complaint is barred to the extent that it seeks damages not covered by the Bond.

5.      In the event that Plaintiffs establish a violation of the FDCPA, Atlantic's liability in this matter is limited to the Bond's penal limit.

6.      Plaintiffs' claims may be either barred or proportionally diminished by Plaintiffs' own contributory fault. Minn. Stat. § 604.01. In the event Plaintiffs' fault is found to be greater than Defendants' proportional fault, Plaintiffs' claims against Atlantic are barred.

7.      All loss and damage alleged to have been sustained by Plaintiffs were the result of unforeseeable intervening and/or superseding causes which were beyond the control of Atlantic.

8.      Atlantic's conduct complied with applicable state, federal, and/or industry codes, standards, regulations, and/or specifications.

9.      Plaintiffs failed to join parties indispensable to a just adjudication of this case.

170364504.1 23

10.     Atlantic, as surety for co-Defendants Midwest Resale Specialist Inc. and Aaron Hanson, adopts and incorporates by reference any and all defenses that its principal may have to Plaintiffs' claims.

11.     Atlantic reserves the right to assert additional affirmative defenses as discovery may reveal that they apply.

**WHEREFORE**, Atlantic prays for judgment as follows:

1. That Plaintiffs take nothing by way of the Complaint;

2. That the present action be dismissed with prejudice;

3. For an award of Atlantic' reasonable attorneys' fees and costs;

4. For such other and further relief as this court may deem just and proper.

Dated: January 28, 2026

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Julie H. Firestone*

Julie H. Firestone (029083x)
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Email: julie.firestone@lewisbrisbois.com

*Attorneys for Defendants*

170364504.1 24